# United States Court of Appeals
## For the First Circuit

No. 13-2271

JUAN CARLOS SHUL-NAVARRO,

Petitioner,

v.

ERIC H. HOLDER, JR., ATTORNEY GENERAL,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on August 11, 2014 is amended as follows:

On page 8, line 2, the word "as" is replaced with "at".